**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,
REG. #02068-084                                                                              PLAINTIFF

v.                                        4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                         DEFENDANTS

## ORDER

Plaintiff, a federal inmate proceeding pro se, has been granted leave to proceed in forma pauperis in this federal civil rights (Bivens) action, pursuant to 28 U.S.C. § 1915 (Doc. No. 4).

After initially reviewing Plaintiff's Complaint, the Court found it to be too vague and conclusory to determine whether the claims were frivolous, failed to state a claim for relief, or stated a legitimate cause of action.  Therefore, by Order dated April 14, 2011, the Court directed Plaintiff to file an Amended Complaint and cautioned him that the Amended Complaint would supersede the Original Complaint (Doc. No. 4).  Plaintiff submitted an Amended Complaint (Doc. No. 8), together with a Superseding Amended Complaint (Doc. No. 15).   Having reviewed such, the Court finds service appropriate at this time with respect to Plaintiff's retaliation and unconstitutional conditions of confinement claims against Defendants Lynn Ollar, John Doe Chief United States Marshal, Doc Holladay and Karl Byrd.  Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for Defendants Ollar, John Doe Chief United States Marshal, Holladay, and Byrd.  The Clerk of the Court shall prepare summons for the Defendants Ollar and John Doe Chief United States Marshal, and the United States Marshal is directed to serve a copy of the Amended Complaints (Doc. Nos. 8, 15) and summons on the Defendants, the United States Attorney for this district, and the United States Attorney General,

without prepayment of fees and costs or security therefore.

    IT IS FURTHER ORDERED that the Clerk shall prepare summons for the Defendants Doc Holladay and Karl Byrd, and the United States Marshal is directed to serve a copy of the Amended Complaints (Doc. Nos. 8, 15) and summons on Defendants without prepayment of fees and costs or security therefore.

    IT IS SO ORDERED this 24th day of June, 2011.

                                                          _____
                                                          JEROME T. KEARNEY
                                                          UNITED STATES MAGISTRATE JUDGE