**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,
REG. #02068-084                                                                                     PLAINTIFF

v.                                          4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Defendants Does, Pulaski County Regional Detention Facility, Faulkner County Detention Center, Sgt. Gault, and Deputy Loder are DISMISSED from this action, for failure to state a claim.

2.  Plaintiff's lost property claim is DISMISSED.

IT IS SO ORDERED this 6th day of July, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE