# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHARLES BRUCE WHITE,                                                                                PLAINTIFF
REG. #02068-084

v.                                            4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                                  DEFENDANTS

## **ORDER**

Defendants are hereby directed to file a Response to Plaintiff's Motion for Sanctions (Doc. No. 36) within ten days of the date of this Order.

Plaintiff is hereby directed to file a Response to Defendants' Motion for More Definite Statement (Doc. No. 44) within ten days of the date of this Order. The Clerk is directed to forward to Plaintiff a copy of the Defendants' Motion.

IT IS SO ORDERED this 22nd day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE