**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,                                                                       PLAINTIFF
REG. #02068-084

v.                          4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                       DEFENDANTS

**ORDER**

Plaintiff's Motion to Compel discovery responses from Defendant Ollar (Doc. No. 83) is DENIED without prejudice. Defendant Ollar responded (Doc. No. 85) that her discovery responses were sent to Plaintiff on February 29, 2012. The Clerk is directed to forward Doc. No. 85, together with its attachment, to Plaintiff.

Defendants shall respond to Plaintiff's Motion to Compel medical records and information (Doc. No. 86) within ten days of the date of this Order.

Defendant Byrd shall respond to Plaintiff's Motion for Order (Doc. No. 82) within ten days of the date of this Order.

IT IS SO ORDERED this 10th day of April, 2012.

                                                                                          JEROME T. KEARNEY
                                                                                   UNITED STATES MAGISTRATE JUDGE