**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,
REG. #02068-084                                                                                          PLAINTIFF

V.                                        4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                                    DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 86), is DENIED as moot, as Defendant Ollar provided the information Plaintiff requested in her Response to the Motion (Doc. No. 93-1).

IT IS SO ORDERED this 17th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE