IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES BRUCE WHITE,                                                                    PLAINTIFF
REG. #02068-084

v.                                     4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                    DEFENDANTS

## ORDER

Plaintiff's Motion for Order to Show Cause (Doc. No. 82) is DENIED. Defendant Byrd states in his Response (Doc. No. 95) that he will bear the costs of obtaining Plaintiff's medical records.

Defendant Byrd's Motion to Compel (Doc. No. 95) is GRANTED. Plaintiff shall provide to Defendant a signed medical authorization within fifteen days of the date of this Order.

IT IS SO ORDERED this 1st day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE