**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,
REG. #02068-084                                                                                                PLAINTIFF

v.                          4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                              DEFENDANTS

**ORDER**

This matter is before the Court on the Motion to Dismiss filed by Defendant Karl Byrd (Doc. No. 116). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendant's Motion to Dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE