**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,                                                                        PLAINTIFF
REG. #02068-084

v.                                          4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1) Defendant Byrd's Motion to Dismiss (Doc. No. 116) is DENIED.

2) Plaintiff's Motion for Summary Judgment (Doc. No. 126) is DENIED.

3) Defendant Holladay's Motion for Summary Judgment (Doc. No. 141) is GRANTED.

4) Defendant Ollar's Motion for Summary Judgment (Doc. No. 144) is GRANTED.

5) Defendant Byrd's Motion for Summary Judgment (Doc. No. 148) is GRANTED.

6) Plaintiff's allegations against Defendant Holladay of mold, sewage, second-hand smoke, and administrative segregation conditions are DISMISSED without prejudice.

7) All other allegations against Defendants are DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 8th day of November, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE