**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES BRUCE WHITE,                                                        PLAINTIFF
REG. #02068-084

v.                        4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of November, 2012.


                                                                                   /s/Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE