## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHARLES BRUCE WHITE,                                                                PLAINTIFF
REG. #02068-084

v.                              4:11-cv-00251-BRW-JTK

LYNN OLLAR, et al.                                                                  DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of November, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE